**DISMISS; and Opinion Filed July 13, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00583-CV

**SCOTT HORTON, PAM HORTON, AND AMSE PARTNERS, LP, Appellants**
**V.**
**KEVIN M. WEAVER, DIANA LITTLEJOHN, EARL POTTS, AND THE MESSINA LAW FIRM P.C., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09932**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

The Court has before it the July 5, 2016 motion to dismiss filed by Scott Horton, Pam Horton, and AmSe Partners, LP. In the motion, appellants request we dismiss their appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

160583F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SCOTT HORTON, PAM HORTON, AND AMSE PARTNERS, LP, Appellants

No. 05-16-00583-CV    V.

KEVIN M. WEAVER, DIANA LITTLEJOHN, EARL POTTS, AND THE MESSINA LAW FIRM P.C., Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-09932.
Opinion delivered by Justice Fillmore, Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal. We **ORDER** that Scott Horton, Pam Horton, and AmSe Partners, LP bear the costs, if any, of this appeal.

Judgment entered this 13th day of July, 2016.